HOWARD ET AL., APPELLEES, *v.* CUNARD LINE LIMITED, APPELLANT.

[Cite as Howard *v.* Cunard Line Ltd. (1988), 37 Ohio St. 3d 134.]

(No. 88-192—Submitted May 3, 1988—Decided June 8, 1988.)

*Gary B. Garson Co., L.P.A.,* and *Gary B. Garson,* for appellees.

*Arter & Hadden, Raymond J. Marvar, Irene C. Keyse-Walker* and *Edward S. Jerse,* for appellant.

The motion to certify the record is allowed. The judgment of the court of appeals dismissing appellant's appeal as untimely filed is reversed, and the cause is remanded to the court of appeals for consideration of the merits of the appeal, on authority of *Atkinson* v. *Grumman Ohio Corp.* (1988), 37 Ohio St. 3d 80, 523 N.E. 2d 851.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.